**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jaime PEREZ–AGUILAR, Defendant—**
**Appellant.**

No. 06–10198.

United States Court of Appeals,
Ninth Circuit.

June 9, 2008.

Elizabeth R. Berenguer, Esq., Office of the U.S. Attorney Evo A. Deconcini U.S. Courthouse, Tucson, AZ, for Plaintiff–Appellee.

* The Honorable J. Michael Seabright, United States District Judge for the District of Hawaii, sitting by designation.

Greta Vietor, Esq., Federal Public Defender's Office, Tucson, AZ, for Defendant–Appellant.

Before: BYBEE and M. SMITH, Circuit Judges, and SEABRIGHT, * District Judge.

ORDER

The Defendant–Appellant's Petition for Panel Rehearing is GRANTED. The memorandum disposition filed in this case on April 1, 2008, 272 Fed.Appx. 621, is withdrawn. A new memorandum disposition is filed contemporaneously with the filing of this order.